IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01391-CMA-KLM

LISA L. GALLEGOS,

    Plaintiff,

v.

VEOLIA TRANSPORTATION,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's untitled document which states that it is an amended motion to stay the case [#27][1] (the "Motion"). As an initial matter, the Motion does not comply with D.C.COLO.LCivR 7.1A, which provides as follows:

> The Court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter. The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule.

The Motion is subject to denial on this basis alone. However, the Motion also fails to comply with D.C.COLO.LCivR 10.1D and 10.1E which relate to the form of pleadings. As Plaintiff has been informed, prior to filing any motion, she "**must** call the attorneys for" Defendant and she is required to comply with all of the Federal Rules of Civil Procedure and the Local Rules of this Court. *Letter to Pro Se Litigant* [#25-4] at 1-2. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#27] is **DENIED without prejudice**.

    Dated: November 19, 2013

---

[1] "[#27]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.